### 8799. EVANS *v.* BLACKWELL.

LUKE, J. Upon the petition for certiorari and the answer the judge of the superior court did not err in sustaining the certiorari.

            *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
                DECIDED NOVEMBER 16, 1917.

Certiorari; from Banks superior court—Judge Brand. September term, 1916.

*Oscar Brown,* for plaintiff in error.
*A. J. Griffin, J. B. G. Logan,* contra.